IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANDRA PETIT, individually and as Administrator of the Estate of Joseph Petit,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:16 –CV-02043-MHC |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, on April 11, 2017, Plaintiff Sandra Petit and Defendant United States of America filed a Joint Stipulation of Dismissal with Prejudice. Upon due consideration of the Stipulation and the other papers filed in this action,

IT IS HEREBY ORDERED that,

Consistent with the terms of the April 11, 2017 Joint Stipulation of Dismissal With Prejudice executed by Plaintiff Sandra Petit and Defendant United States of America, as well as the February 21, 2017 Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, which was also executed by Plaintiff Sandra Petit and Defendant United States of America, all claims asserted by, or on behalf of, Plaintiff against the United States concerning the conduct described in the Complaint and the February

21, 2017 Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, are dismissed with prejudice.

SO ORDERED this 12th day of April, 2017.

_____
Hon. Mark H. Cohen
United States District Judge

Presented by:

*/s/ Paris A. Wynn*
PARIS A. WYNN (AUSA)